UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONG PIL PARK, | ) | NO. SACV 12-1835-FMO (MAN) |
|          Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN DIAZ, | ) | |
|          Respondent. | ) | |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a de novo review of the matters set forth in the Objections. The Court accepts the findings and recommendations set forth in the Report.

      IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment
2 herein on the parties.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: August 5, 2013.

                                            /s/
                              FERNANDO M. OLGUIN
                         UNITED STATES DISTRICT JUDGE