UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG PIL PARK,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN DIAZ,<br><br>　　　　Respondent. | NO. SACV 12-1835-FMO (MAN)<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>August 5, 2013</u>.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE